UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-21243-CIV-MORENO**

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

SILVIA L. ALEMAN,

     Defendant.

_____/



## ORDER DENYING PLAINTIFF'S MOTION TO VACATE

THIS CAUSE came before the Court upon Plaintiff's Motion to Vacate Final Order of Dismissal without Prejudice **(D.E. No. 7)**, filed on **August 22, 2006**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.  Plaintiff is free to pursue a separate claim based on the Defendant's alleged failure to provide a check with sufficient funds.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2006.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Steven M. Davis, Esq.
Becker & Poliakoff, P.A.

Silvia Aleman, Esq.